**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

LUCY CLARK,

              Plaintiff,

v.                                      CIVIL ACTION NO.  2:26-cv-00298

MICHAEL ROSENTHAL, et al.,

              Defendants.

**ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On April 30, 2026, Judge Tinsley submitted his Proposed Findings & Recommendation [ECF No. 4] ("PF&R") and recommended that the court DENY Plaintiff's Application to Proceed Without Prepayment of Fees or Costs, [ECF No. 1], and DISMISS this action without prejudice. Neither party filed objections to the PF&R nor sought an extension of time.[1]

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard,

---

[1] The court notes that the PF&R was served on Plaintiff by mail and returned as undeliverable. [ECF No. 5]. "A party who represents himself or herself shall file with the clerk his or her complete name and address where pleadings, notices, orders, and other papers may be served on him or her . . . . A pro se party must advise the clerk promptly of any changes in . . . address . . . ." S.D. W. Va. LR Civ P 83.5.

the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court accepts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** Plaintiff's Application to Proceed Without Prepayment of Fees or Costs, [**ECF No. 1**], **DISMISSES** this case without prejudice, and **DIRECTS** this action to be removed from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:        May 19, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2